# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| TEXAS MEDICAL ASSOCIATION, et al. | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 6:21-cv-425-JDK |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al. | § § § § § | |
| Defendants. | § § § | |

## ORDER GRANTING IN PART MOTION FOR EXPEDITED BRIEFING AND SETTING HEARING

Before the Court is Plaintiffs' Unopposed Motion for Expedited Summary Judgment Briefing. Docket No. 21. Being well-advised that it is agreed, and having fully considered the motion, the Court is of the opinion that the motion should be **GRANTED IN PART**.

The Court therefore **ORDERS** the following briefing schedule for summary judgment in this matter:

- Plaintiffs' motion for summary judgment – December 10, 2021
- Defendants' opposition/cross-motion for summary judgment – January 10, 2022
- Plaintiffs' opposition/reply brief – January 24, 2022
- Defendants' reply brief – February 2, 2022.

No further briefing will be considered without leave of the Court.

Further, the Court hereby sets the parties' summary judgment motions for an in-person hearing on **February 4, 2022, at 9:30 a.m.**, at the William M. Steger Federal Building and United States Courthouse, 211 West Ferguson Street, Tyler, TX 75702.

So **ORDERED** and **SIGNED** this **23rd** day of **November, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE