# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| TEXAS MEDICAL ASSOCIATION and DR. ADAM CORLEY, | )<br>)<br>) |
| *Plaintiffs*, | )<br>) |
| v. | ) Civil Action No. 6:21-cv-00425-JDK<br>)<br>) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; DEPARTMENT OF LABOR; DEPARTMENT OF THE TREASURY; OFFICE OF PERSONNEL MANAGEMENT; and the CURRENT HEADS OF THOSE AGENCIES IN THEIR OFFICIAL CAPACITIES, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| *Defendants*. | )<br>) |

**PHYSICIANS ADVOCACY INSTITUTE AND 13 STATE MEDICAL ASSOCIATIONS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Physicians Advocacy Institute ("PAI") and thirteen state medical associations – California Medical Association, Connecticut State Medical Society, Medical Association of Georgia, Kentucky Medical Association, Massachusetts Medical Society, Nebraska Medical Association, Medical Society of New Jersey, Medical Society of the State of New York, North Carolina Medical Society, Oregon Medical Association, South Carolina Medical Association, Tennessee Medical Association, and Washington State Medical Association (collectively, the "Physician Amici") make the following disclosure:

Physicians Advocacy Institute has no parent corporation, subsidiaries, and/or affiliates, and no publicly held corporation owns 10% or more of their stock.

California Medical Association has no parent corporation, subsidiaries, and/or affiliates, and no publicly held corporation owns 10% or more of their stock.

Connecticut State Medical Society has no parent corporation, subsidiaries, and/or affiliates, and no publicly held corporation owns 10% or more of their stock.

Medical Association of Georgia has no parent corporation, subsidiaries, and/or affiliates, and no publicly held corporation owns 10% or more of their stock.

Kentucky Medical Association has no parent corporation, subsidiaries, and/or affiliates, and no publicly held corporation owns 10% or more of their stock.

Massachusetts Medical Society has no parent corporation, subsidiaries, and/or affiliates, and no publicly held corporation owns 10% or more of their stock.

Nebraska Medical Association has no parent corporation, subsidiaries, and/or affiliates, and no publicly held corporation owns 10% or more of their stock.

Medical Society of New Jersey has no parent corporation, subsidiaries, and/or affiliates, and no publicly held corporation owns 10% or more of their stock.

Medical Society of the State of New York has no parent corporation, subsidiaries, and/or affiliates, and no publicly held corporation owns 10% or more of their stock.

North Carolina Medical Society has no parent corporation, subsidiaries, and/or affiliates, and no publicly held corporation owns 10% or more of their stock.

Oregon Medical Association has no parent corporation, subsidiaries, and/or affiliates, and no publicly held corporation owns 10% or more of their stock.

South Carolina Medical Association has no parent corporation, subsidiaries, and/or affiliates, and no publicly held corporation owns 10% or more of their stock.

Tennessee Medical Association has no parent corporation, subsidiaries, and/or affiliates, and no publicly held corporation owns 10% or more of their stock.

Washington State Medical Association has no parent corporation, subsidiaries, and/or affiliates, and no publicly held corporation owns 10% or more of their stock.

DATED: December 17, 2021.                Respectfully submitted,

    /s/ *Long X. Do*

Long X. Do (*pro hac vice*) – Lead Attorney
long@athenelaw.com
ATHENE LAW, LLP
5432 Geary Blvd. #200
San Francisco, California 94121
Tel: (415) 680-7419
Fax: (844) 619-8022

Eric D. Chan (*pro hac vice*)
eric@athenelaw.com
ATHENE LAW, LLP
10866 Washington Blvd., #142
Culver City, California 90232
Tel: (310) 913-4013
Fax: (844) 619-8022

*Attorneys for Amici Curiae Physicians Advocacy Institute; California Medical Association; Connecticut State Medical Society; Medical Association of Georgia; Kentucky Medical Association; Massachusetts Medical Society; Nebraska Medical Association; Medical Society of New Jersey; Medical Society of the State of New York; North Carolina Medical Society; Oregon Medical Association; South Carolina Medical Association; Tennessee Medical Association; and Washington State Medical Association*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). This document was also served on all counsel via e-mail service, on this 17th day of December 2021.

                                      /s/ *Long X. Do*
                                      Long X. Do