**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| TEXAS MEDICAL ASSOCIATION and DR. ADAM CORLEY, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No. 6:21-cv-00425-JDK |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, DEPARTMENT OF LABOR, DEPARTMENT OF THE TREASURY, OFFICE OF PERSONNEL MANAGEMENT, and the CURRENT HEADS OF THOSE AGENCIES IN THEIR OFFICIAL CAPACITIES, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

---

**AMICUS CURIAE THE EMERGENCY DEPARTMENT PRACTICE MANAGEMENT**
**ASSOCIATION'S CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Amicus Curiae Emergency Department Practice Management Association ("EDPMA") states that is a national trade association and a Texas 501(c)(6) corporation.  EDPMA has no parent corporation and no publicly held company owns 10% or more of its stock.  Pursuant to Standing Order CV-7.1, EDPMA states that it is a large group of persons or firms consisting of emergency physician groups, billing and coding companies, and others in the business of emergency medicine.

DATED:   December 17, 2021

Respectfully submitted,

/s/ Jack R. Bierig
**JACK R. BIERIG (lead attorney)**
(Admitted *Pro Hac Vice*)
Illinois State Bar No. 0207039
**SCHIFF HARDIN LLP**
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Phone: (312) 258-5511
Fax: (312) 258-5600
jbierig@schiffhardin.com

**CATHERINE BARTLES**
State Bar No. 24104849
**STAFFORD DAVIS**
State Bar No. 24054605
**THE STAFFORD DAVIS FIRM, PC**
815 S Broadway Ave.
Tyler, Texas 75701
(903) 593-7000 (Office)
(903) 705-7369 (Fax)
sdavis@stafforddavisfirm.com
cbartles@stafforddavisfirm.com

*Attorneys for Amici The Emergency Department Practice Management Association, the Texas College of Emergency Physicians, and the Virginia College of Emergency Physicians.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2021, a true and correct copy of the foregoing document was served on all counsel of record through this Court's CM/ECF filing system.

/s/ Jack R. Bierig
Jack R. Bierig

2