IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TEXAS MEDICAL ASSOCIATION and DR. ADAM CORLEY, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, DEPARTMENT OF LABOR, DEPARTMENT OF THE TREASURY, OFFICE OF PERSONNEL MANAGEMENT, and the CURRENT HEADS OF THOSE AGENCIES IN THEIR OFFICIAL CAPACITIES, | § § § § § § § § § § | Civil Action No. 6:21-CV-00425 |
| *Defendants*. | § § | |

**NOTICE OF APPEARANCE OF ALLYSON N. HO**

PLEASE TAKE NOTICE that *amici* members of Congress hereby provide notice that attorney Allyson N. Ho is appearing as their counsel of record in this case. *Amici* respectfully request that copies of all pleadings, orders, notices, and other papers filed in this action be provided to Ms. Ho as follows:

> Allyson N. Ho
> GIBSON, DUNN & CRUTCHER LLP
> 2001 Ross Avenue, Suite 2100
> Dallas, TX 75201
> Telephone: (214) 698-3100
> Facsimile: (214) 571-2900
> AHo@gibsondunn.com

DATED: December 21, 2021	Respectfully submitted,

/s/ Allyson N. Ho
Allyson N. Ho
Texas Bar No. 24033667
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900
Email: AHo@gibsondunn.com

*Attorney for Amici Members of Congress*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule CV-5, I certify that on December 21, 2021, the foregoing document was filed with the Clerk's Office using the CM/ECF System for filing and service to all registered counsel of record in this matter.

/s/ Allyson N. Ho
Allyson N. Ho