IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TEXAS MEDICAL ASSOCIATION and DR. ADAM CORLEY, | § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, DEPARTMENT OF LABOR, DEPARTMENT OF THE TREASURY, OFFICE OF PERSONNEL MANAGEMENT, and the CURRENT HEADS OF THOSE AGENCIES IN THEIR OFFICIAL CAPACITIES, | § § § § § § § § § § | Civil Action No. 6:21-CV-00425 |
| *Defendants*. | § § | |

**NOTICE OF APPEARANCE OF PAULETTE C. MINITER**

PLEASE TAKE NOTICE that *amici* members of Congress hereby provide notice that attorney Paulette C. Miniter is appearing as their counsel of record in this case. *Amici* respectfully request that copies of all pleadings, orders, notices, and other papers filed in this action be provided to Ms. Miniter as follows:

> Paulette C. Miniter
> GIBSON, DUNN & CRUTCHER LLP
> 2001 Ross Avenue, Suite 2100
> Dallas, TX 75201
> Telephone: (214) 698-3100
> Facsimile: (214) 571-2900
> PMiniter@gibsondunn.com

DATED: December 21, 2021　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Paulette C. Miniter*
　　　　　　　　　　　　　　　　　　　　Paulette C. Miniter
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24102213
　　　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　　　　　　　　　　　　　　　　　2001 Ross Avenue, Suite 2100
　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　　Telephone: (214) 698-3100
　　　　　　　　　　　　　　　　　　　　Facsimile: (214) 571-2900
　　　　　　　　　　　　　　　　　　　　Email: PMiniter@gibsondunn.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Amici Members of Congress*

## **CERTIFICATE OF SERVICE**

　　　Pursuant to Local Rule CV-5, I certify that on December 21, 2021, the foregoing document was filed with the Clerk's Office using the CM/ECF System for filing and service to all registered counsel of record in this matter.

　　　　　　　　　　　　　　　　　　　　*/s/ Paulette C. Miniter*
　　　　　　　　　　　　　　　　　　　　Paulette C. Miniter