IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TEXAS MEDICAL ASSOCIATION and DR. ADAM CORLEY, *Plaintiffs,* v. UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, DEPARTMENT OF LABOR, DEPARTMENT OF THE TREASURY, OFFICE OF PERSONNEL MANAGEMENT, and the CURRENT HEADS OF THOSE AGENCIES IN THEIR OFFICIAL CAPACITIES, *Defendants.* | Civil Action No. 6:21-cv-00425-JDK |

## ACTION FOR HEALTH'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Standing Order CV-7.1 and FED. R. CIV. P. 7.1(a), *amicus curiae* Action for Health, Inc. files this Certificate of Interested Persons.  Action for Health is a national, non-profit patient advocacy organization whose members include a diverse array of patient, consumer, and taxpayer advocates representing millions of patients.[1]  Action for Health has no parent corporation, and no publicly held corporation owns 10% or more of its stock.  As *amicus curiae*, Action for Health has no direct financial interest in the outcome of this case.  However, the outcome of this case will financially affect the patients it represents—along with healthcare providers and health insurers—for the reasons explained in Action for Health's proposed amicus brief (Dkt. 32.)

---

[1] www.action4health.org.

Dated:  December 22, 2021

Respectfully submitted,

/s/ *Andrew W. Guthrie*
Andrew W. Guthrie
State Bar No. 24078606
andrew.guthrie@haynesboone.com
**HAYNES AND BOONE LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2021, a true and correct copy of the foregoing document has been served on all counsel of record via the Court's electronic filing system.

/s/ *Andrew W. Guthrie*
Andrew W. Guthrie