## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| TEXAS MEDICAL ASSOCIATION, et al. | § § § |
| Plaintiffs, | § § § |
| v. | § Case No. 6:21-cv-425-JDK § |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al. | § § § § |
| Defendants. | § § § |

## ORDER GRANTING LEAVE FOR *AMICI CURIAE* BRIEF
## AND SETTING BRIEFING SCHEDULE

Before the Court is an Opposed Motion for Leave to File Brief of Members of Congress as *Amici Curiae*. Docket No. 47. Having considered the motion, the Court hereby **GRANTS** the motion. The proposed *amici* may file their brief on or before **January 3, 2022**. Defendants may file a response to the *amici curiae* brief of the Members of Congress by **January 18, 2022**. No further briefing on these issues will be considered without leave of the Court. This Order has no effect on any of the existing deadlines in the previously set briefing schedule. *See* Docket No. 22.

**Signed this**

**Dec 24, 2021**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE