**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| TEXAS MEDICAL ASSOCIATION and DR. ADAM CORLEY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, DEPARTMENT OF LABOR, DEPARTMENT OF THE TREASURY, OFFICE OF PERSONNEL MANAGEMENT,and the CURRENT HEADS OF THOSE AGENCIES IN THEIR OFFICIAL CAPACITIES,<br><br>Defendants. | Civil Action No.: 6:21-cv-00425-JDK |

**NOTICE OF APPEARANCE OF SCOTT A. KELLER**

PLEASE TAKE NOTICE that amici, the Medical Association of Georgia, ApolloMD Business Services, LLC, Wellstar Health System, and the Georgia College of Emergency Physicians hereby provide notice that attorney Scott A. Keller is appearing as an attorney who submitted an amicus brief in this case. Amici respectfully request that copies of all pleadings, orders, notices, and other papers filed in this action be provided to Mr. Keller as follows:

Scott A. Keller
LEHOTSKY KELLER LLP
919 Congress Ave.
Austin, TX 78701
scott@lehotskykeller.com
tel: (512) 693-8350
fax: (833) 232-2202

Dated:  December 27, 2021

Respectfully submitted,

*/s/ Scott A. Keller*
Scott A. Keller
Texas Bar No. 24062822
LEHOTSKY KELLER LLP
919 Congress Ave.
Austin, TX 78701
scott@lehotskykeller.com
tel: (512) 693-8350
fax: (833) 232-2202

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

*/s/ Scott A. Keller*
Scott A. Keller