IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TEXAS MEDICAL ASSOCIATION and DR. ADAM CORLEY, | § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, DEPARTMENT OF LABOR, DEPARTMENT OF THE TREASURY, OFFICE OF PERSONNEL MANAGEMENT, and the CURRENT HEADS OF THOSE AGENCIES IN THEIR OFFICIAL CAPACITIES, | § § § § § § § § § § § § | Civil Action No. 6:21-CV-00425 |
| *Defendants*. | | |

## NOTICE OF APPEARANCE OF JOHN C. SULLIVAN

PLEASE TAKE NOTICE that *amici* members of Congress hereby provide notice that attorney John C. Sullivan is appearing as their counsel of record in this case. *Amici* respectfully request that copies of all pleadings, orders, notices, and other papers filed in this action be provided to Mr. Sullivan as follows:

> John C. Sullivan
> S|L LAW PLLC
> 610 Uptown Blvd., Suite 2000
> Cedar Hill, TX 75104
> Telephone: (469) 523-1351
> Facsimile: (469) 613-0891
> john.sullivan@the-sl-lawfirm.com

DATED:  December 28, 2021               Respectfully submitted,

/s/ *John C. Sullivan*
John C. Sullivan
Texas Bar No. 24083920
S|L LAW PLLC
610 Uptown Blvd., Suite 2000
Cedar Hill, TX 75104
Telephone:  (469) 523-1351
Facsimile:   (469) 613-0891
Email:  ¶ john.sullivan@the-sl-lawfirm.com

*Attorney for Amici Members of Congress*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule CV-5, I certify that on December 28, 2021, the foregoing document was filed with the Clerk's Office using the CM/ECF System for filing and service to all registered counsel of record in this matter.

/s/ *John C. Sullivan*
John C. Sullivan

2