IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TEXAS MEDICAL ASSOCIATION and DR. ADAM CORLEY, | § § § § § § § § § § § § § § § § § § § | |
| *Plaintiffs*, | | |
| v. | | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, DEPARTMENT OF LABOR, DEPARTMENT OF THE TREASURY, OFFICE OF PERSONNEL MANAGEMENT, and the CURRENT HEADS OF THOSE AGENCIES IN THEIR OFFICIAL CAPACITIES, | | Civil Action No. 6:21-CV-00425 |
| *Defendants*. | | |

**ORDER**

The Court hereby **GRANTS** the Unopposed Motion to Withdraw As Counsel and Substitute Lead Counsel filed by Allyson N. Ho and Paulette C. Miniter, of the law firm Gibson, Dunn & Crutcher ("Gibson Dunn"), on December 28, 2021, to withdraw as counsel for *amici curiae* members of Congress. Accordingly, Allyson N. Ho and Paulette C. Miniter, of the law firm Gibson Dunn, are hereby terminated as counsel of record in this matter and are immediately relieved of any further duties or obligations relating to the same.

So **ORDERED** and **SIGNED** this **28th** day of **December, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE