# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| TEXAS MEDICAL ASSOCIATION, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | No. 6:21-cv-00425-JDK |
| § | |
| U.S. DEPARTMENT OF HEALTH AND § | |
| HUMAN SERVICES, *et al.*, § | |
| § | |
| Defendants. § | |

## NOTICE OF APPEARANCE

Please take notice that Special Assistant United States Attorney Sean Day hereby enters his appearance on behalf of the Defendants, in the above cause and requests that all pleadings, notices, correspondence, etc., be copied to the undersigned via CM/ECF.

Dated: January 4, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIT FEATHERSTON
United States Attorney

/s/ Sean C. Day
SEAN C. DAY
Special Assistant United States Attorney
Eastern District of Texas
101 E. Park Blvd., Suite 500
Plano, Texas 75074
Phone: (202) 934-4060
Fax: (972) 590-1209
D.C. Bar No. 502363

JAMES GILLINGHAM
Assistant U.S. Attorney
Eastern District of Texas
110 N. College Street; Suite 700
Tyler, Texas 75702

E-mail: James.Gillingham@usdoj.gov
Phone: (903) 590-1400
Fax: (903) 590-1436
Texas State Bar # 24065295

ERIC B. BECKENHAUER
Assistant Branch Director

JOEL McELVAIN
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 616-8298
Fax: (202) 616-8470
E-mail: joel.l.mcelvain@usdoj.gov

*Counsel for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify on this 5th day of January, 2022, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.

*/s/ Sean C. Day*
SEAN C. DAY

2