**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| TEXAS MEDICAL ASSOCIATION, et al., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 6:21-cv-425-JDK |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | § § § § | |
| Defendants. | § § § | |

**NOTICE**

The Court has set the parties' summary judgment motions for an in-person hearing on **February 4, 2022, at 9:30 a.m**.  Docket No. 22.  Any person interested in listening to the hearing may dial in to the conference telephone number and meeting ID listed below.  **Callers must mute their microphone upon dialing in and must remain muted for the duration of the hearing.**

    **Dial-in number:**  571-353-2301

    **Meeting ID:**  439244215#

    So **ORDERED** and **SIGNED** this **26th** day of  **January, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE