IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TEXAS MEDICAL ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | § § § § § § § § § § § § § § § § Case No. 6:21-cv-425-JDK |

**ORDER DENYING MOTION TO APPEAR BY VIDEO
AND RESETTING HEARING**

Before the Court is Defendants' motion for leave to appear at the February 4, 2022 hearing by video conference due to potential winter weather expected in Texas tomorrow (Docket No. 103). The Court **DENIES** the motion. However, the Court **RESETS** the hearing on the parties' summary judgment motions for **February 4, 2022, at 2:00 p.m.** at the William M. Steger Federal Building and United States Courthouse, 211 West Ferguson Street, Tyler, TX 75702.

Should weather or road conditions require further rescheduling of the hearing, the Court will issue an appropriate order.

So **ORDERED** and **SIGNED** this **2nd** day of **February, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE