IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TEXAS MEDICAL ASSOCIATION and DR. ADAM CORLEY, *Plaintiffs*, v. UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, DEPARTMENT OF LABOR, DEPARTMENT OF THE TREASURY, OFFICE OF PERSONNEL MANAGEMENT, and the CURRENT HEADS OF THOSE AGENCIES IN THEIR OFFICIAL CAPACITIES, *Defendants*. | Case No.: 6:21-cv-00425-JDK |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' RENEWED MOTION FOR LEAVE TO APPEAR BY VIDEO OR TELEPHONE CONFERENCE**

Plaintiffs have no objection to Defendants' renewed motion for their counsel to appear remotely for tomorrow's hearing. If that request can be accommodated, Plaintiffs would prefer that course to a continuance of the hearing, as Plaintiffs' counsel and several of Plaintiffs' representatives have already incurred the expense to travel here, have been in town since Wednesday, and are prepared to appear in person tomorrow.

Dated: February 3, 2022                                  Respectfully submitted,

/s/ *Penny P. Reid*
Penny P. Reid – Lead Attorney
Texas Bar No. 15402570
preid@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Ave., Suite 2000
Dallas, Texas 75201
Tel: (214) 981-3413
Fax: (214) 981-3400

Eric D. McArthur (*pro hac vice*)
emcarthur@sidley.com
Brenna E. Jenny (*pro hac vice*)
bjenny@sidley.com
Derek A. Webb (*pro hac vice*)
dwebb@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel: (202) 736-8018
Fax: (202) 736-8711

Jaime L.M. Jones (*pro hac vice*)
jaime.jones@sidley.com
Joseph R. LoCascio (*pro hac vice*)
joseph.locascio@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Tel: (312) 853-0751
Fax: (312) 853-7036

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure through filing with this Court's CM/ECF filing system on February 3, 2022.

/s/ *Penny P. Reid*
Penny P. Reid