IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TEXAS MEDICAL ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | § § § § § § § § § § § § § § § Case No. 6:21-cv-425-JDK |

### ORDER GRANTING MOTION TO APPEAR BY VIDEO

Before the Court is Defendants' renewed motion for leave to appear at the February 4, 2022 hearing by video conference (Docket No. 106). Counsel for Defendants explains that weather-related flight cancellations prevented him from traveling to Tyler for the hearing.

The Court **GRANTS** the motion. One attorney for Defendants may appear and present argument by video conference. Connection information will be provided by email. Local counsel for Defendants is ordered to appear in person and should be prepared to argue if technical difficulties arise.

So **ORDERED** and **SIGNED** this **4th** day of **February, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE