IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

**DATE:** February 4, 2022

| **DISTRICT JUDGE**<br>Jeremy D. Kernodle | **COURT REPORTER:** Shelly Holmes<br>**COURTROOM DEPUTY:** Suzanne Wimberley |
|---|---|
| Texas Medical Association, et al<br><br>v.<br><br>United States Department of Health and Human Services, et al | 4:21CV425 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
|---|---|
| Eric McArthur | Joel McElvain (appeared by video/phone) |
| Brenna Jenny | James Gillingham |

On this day, came the parties by their attorneys and the following proceedings were held in Tyler, TX:

| TIME: | MINUTES: Hearing on Summary Judgment Motions |
|---|---|
| 2:03 p.m. | Court calls the case; appearances noted. |
| 2:05 p.m. | Plaintiff's attorney (McArthur) makes remarks; summary of plaintiff's case; begins arguments. |
| 2:47 p.m. | McArthur rests; McElvain (Defendant's attorney) begins arguments. |
| 3:01 p.m. | Court in recess. |
| 3:04 p.m. | Court resumes; McElvain continues. |
| 3:09 p.m. | Court in recess. |
| 3:14 p.m. | Court resumes; McElvain continues. |
| 3:28 p.m. | McArthur response. |
| 3:39 p.m. | McElvain replies to McArthur's response. |
| 3:43 p.m. | McElvain rests. |
| 3:43 p.m. | Court takes the motion under advisement. Court adjourns. |

DAVID O'TOOLE, CLERK

BY:      Suzanne Wimberley    
Courtroom Deputy Clerk