| AO 435<br>(Rev. 04/18)<br>*Please Read Instructions:* | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>**TRANSCRIPT ORDER** | | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|---|
| 1. NAME<br>Alex Boota | 2. PHONE NUMBER<br>(202) 756-8998 | | 3. DATE<br>2/7/2022 |
| 4. DELIVERY ADDRESS OR EMAIL<br>aboota@mwe.com | 5. CITY<br>Washington | 6. STATE<br>DC | 7. ZIP CODE<br>20001 |
| 8. CASE NUMBER<br>6:21-cv-00425 | 9. JUDGE<br>Kernodle | DATES OF PROCEEDINGS | |
| | | 10. FROM 2/4/2022 | 11. TO 2/4/2022 |
| 12. CASE NAME<br>Texas Medical Assoc. v. U.S. Dept of Health & Human Ser. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Tyler | 14. STATE TX |

15. ORDER FOR
☐ APPEAL       ☐ CRIMINAL       ☐ CRIMINAL JUSTICE ACT       ☐ BANKRUPTCY
☐ NON-APPEAL   ☒ CIVIL          ☐ IN FORMA PAUPERIS          ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING (Spcy)<br>Hearing on Summary Judgm. | February 4, 2022 |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☒ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| ESTIMATE TOTAL | 0.00 |
|---|---|

18. SIGNATURE
/s/ Alex Boota

PROCESSED BY

19. DATE
2/7/2022

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY