IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TEXAS MEDICAL ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | No. 6:21-cv-00425-JDK |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that all Defendants—the United States Department of Health and Human Services; the United States Department of the Treasury; the United States Department of Labor; the Office of Personnel Management; Xavier Becerra, in his official capacity as the Secretary of Health and Human Services; Janet Yellen, in her official capacity as the Secretary of the Treasury; Martin J. Walsh, in his official capacity as the Secretary of Labor; and Kiran Ahuja, in her official capacity as the Director of the Office of Personnel Management—hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Memorandum Opinion and Order (ECF No. 113) granting summary judgment to the Plaintiffs and denying summary judgment to the Defendants, entered in this action on February 23, 2022; from the Final Judgment (ECF No. 114) in favor of the Plaintiff, entered in this action on the same date; and from all previous rulings in this action.

Dated: April 22, 2022          Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIT FEATHERSTON
United States Attorney

JAMES GILLINGHAM
Assistant U.S. Attorney
Eastern District of Texas
110 N. College Street; Suite 700
Tyler, Texas 75702
E-mail: James.Gillingham@usdoj.gov
Phone: (903) 590-1400
Fax: (903) 590-1436
Texas State Bar # 24065295

SEAN C. DAY
Special Assistant United States Attorney
Eastern District of Texas
101 E. Park Blvd., Suite 500
Plano, Texas 75074
Phone: (202) 934-4060
Fax: (972) 590-1209
D.C. Bar No. 502363


ERIC B. BECKENHAUER
Assistant Branch Director

*/s/ Joel McElvain*
JOEL McELVAIN
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 616-8298
Fax: (202) 616-8470
E-mail: joel.l.mcelvain@usdoj.gov
D.C. Bar No. 448431

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify on this 22nd day of April, 2022, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.

                                                  */s/ Joel McElvain*
                                                  JOEL McELVAIN