# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| TEXAS MEDICAL ASSOCIATION and DR. ADAM CORLEY, | ) ) ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, DEPARTMENT OF LABOR, DEPARTMENT OF THE TREASURY, OFFICE OF PERSONNEL MANAGEMENT, and the CURRENT HEADS OF THOSE AGENCIES IN THEIR OFFICIAL CAPACITIES, | ) ) ) ) ) ) ) ) ) ) ) Case No.: 6:21-cv-00425-JDK |
| *Defendants*. | ) |

## ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW AS COUNSEL

Upon consideration of Plaintiffs' Motion to Withdraw Derek A. Webb as Counsel (the "Motion"), it is hereby ORDERED that the Motion is GRANTED in its entirety. It is ORDERED that Derek A. Webb is withdrawn as counsel of record for Plaintiffs. The Clerk's Office is directed to terminate all CM/ECF notifications to Derek A. Webb for this action.

So **ORDERED** and **SIGNED** this **16th** day of **September, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE