# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

October 24, 2022

Mr. David O'Toole  
U.S. District Court, Eastern District of Texas  
211 W. Ferguson Street  
Room 106  
Tyler, TX 75702

    No. 22-40264    Texas Medical Association v. HHS  
                       USDC No. 6:21-CV-425

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____  
                      Angelique B. Tardie, Deputy Clerk  
                      504-310-7715

cc w/encl:  
    Mr. Sean Christopher Day  
    Mr. James Garland Gillingham  
    Ms. Brenna Jenny  
    Ms. Jaime L.M. Jones  
    Ms. Alisa Beth Klein  
    Mr. Joseph R. Locascio  
    Mr. Eric Dean McArthur  
    Mr. Joel McElvain  
    Ms. Penny Packard Reid  
    Mr. Joshua Marc Salzman  
    Mr. Kevin Benjamin Soter