# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 24, 2022
Lyle W. Cayce
Clerk

No. 22-40264

---

Texas Medical Association; Adam Corley,

*Plaintiffs—Appellees,*

*versus*

United States Department of Health and Human Services; United States Department of Labor; United States Department of Treasury; United States Office of Personnel Management; Xavier Becerra, *Secretary, U.S. Department of Health and Human Services*; Janet Yellen, *Secretary, U.S. Department of Treasury*; Martin Walsh, *Secretary, U.S. Department of Labor*; Kiran Ahuja, *Director of the Office of Personnel Management*,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:21-CV-425

---

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of October 24, 2022, pursuant to appellant's unopposed motion.

No. 22-40264

LYLE W. CAYCE<br>
Clerk of the United States Court<br>
of Appeals for the Fifth Circuit

By: _____
Angelique B. Tardie, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT